JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JAMAL FOUCHER,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 11-3239-JSL (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: July 22, 2011

*Spencer Letts*

_____
HONORABLE J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1